UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**KIMBERLY MACHELLE COFFEY**                                   **PLAINTIFF**
*on behalf of* **Nadia Danielle Coffey**

**v.**                                         **CIVIL ACTION NO.: 3:11CV108-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                            **DEFENDANT**

## SHOW CAUSE ORDER

By Order (# 8) dated November 9, 2011, the claimant was directed to file her brief in support of the complaint within 30 days. On December 12, 2011, the court granted the claimant's motion(# 11) for additional time until January 27, 2012, in which to file her brief. The deadline for the filing of the claimant's brief has now expired, and the claimant has yet to file a brief. Nor has there been any request by the claimant for an extension.

THEREFORE, IT IS ORDERED that within seven (7) days of this date, the claimant shall show cause why this case should not be dismissed for failure to obey an order of the court and for failure to prosecute.

This 26th day of March, 2012.

                                        /s/ Jane M. Virden
                                        UNITED STATES MAGISTRATE JUDGE