UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**KIMBERLY MACHELLE COFFEY**                                                    **PLAINTIFF**
*on behalf of* Nadia Danielle Coffey

**v.**                                    **CIVIL ACTION NO.: 3:11CV00108-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                              **DEFENDANT**

### ORDER DISMISSING CASE

By Order (# 8) dated November 9, 2011, the claimant was directed to file her brief in support of the complaint within 30 days. On December 12, 2011, the court granted the claimant's motion (# 11) for additional time until January 27, 2012, in which to file her brief. Because the claimant failed to timely file her brief, on March 26, 2012, the court entered a Show Cause Order (# 14) which required the claimant to within seven days show cause why her case should not be dismissed for failure to obey an order of the court and for failure to prosecute pursuant to FED. R. CIV. P. 41(b). Because the claimant has failed to timely respond, this case is hereby **DISMISSED** pursuant to Rule 41(b).

SO ORDERED this 20th day of April, 2012.

                                                   /s/Jane M. Virden
                                                   UNITED STATES MAGISTRATE JUDGE